# THE KASEN LAW FIRM, PLLC
ATTORNEYS AT LAW

| | | |
|---|---|---|
| **LAWRENCE M. KASEN, Member *** | ***** | **Admitted in NY and SC** |
| **FANG LIU, Member \*\*** | **\*\*** | **Admitted in NY and NJ** |
| **ALEKSANDER B. MILCH \*\*\*** | **\*\*\*** | **Admitted in NY** |
| **ROBERT J. ADINOLFI \*\*\*** | | |
| **CHENCHEN YAN \*\*\*** | | |
| **ROBERT J. ADINOLFI, ESQ.\*\*\*** | | |

___

April 25, 2022

By E-Filing.
Hon. Eric Vitaliano
United States District Court
Eastern District of New York

Re: <u>Letter Motion to withdraw as counsel for defendant Jilong Yu; USA v. Chen et al, 22-CR-158, Proposed Protective Order.</u>

May it please the Court:

    I am the attorney of record for Jilong Yu. At this time, I ask the Court permit me to withdraw as counsel for defendant Jilong Yu in order to avoid the potential of conflicts of interest associated with concurrent representation. Both the Government and Court raised this concern at the last conference and after careful deliberation of the risks, I ask that the Court avoid the problem by granting leave for me to withdraw as counsel before a problem arises and appoint an attorney for Jilong Yu. Thank you for your attention.

    Sincerely,

    /s/ROBERT J. ADINOLFI, ESQ.
    ROBERT J. ADINOLFI, ESQ.

___
136-33 37th Avenue, Suite 9B • Flushing • New York • 11354
Telephone: (718) 337-8012 • Telecopy: (718) 709-8850
E-mail: contact@kasenlawfirm.com