**DOCKET NUMBER**: 22cr158                                        Date: 9/27/2023

USA v. Chen et al

# CRIMINAL CAUSE FOR STATUS CONFERENCE AND ARRAIGNMENT

**Date Received By Docket Clerk**:_____    **Docket Clerk Initials**:_____

**BEFORE JUDGE**: ERIC N. VITALIANO          **TIME IN COURT**: 45 minutes

| **DEFENDANT** | **ATTORNEY** |
|---|---|
| Siyang Chen* | Shannon McManus |
| Siyu Chen* | Jeff Chadbrowe |
| Carlos Curry (refuse to appear-ill) | Michael Weil |
| Bo Jiang* | Justin Heiferman and Lawrence Fredella |
| Meizhen Song* | Robert Adinolfi |
| Rong Rong Xu | Donald DuBoulay |
| Jilong Yu* | Stephen Mullkoff |
| Yichu Chen | Sarah Sacks |
| Yuan Yuan Chen | Lina Li |
| Johnnie Kim | Jin Lee |

| **Plaintiff** | **Attorney** |
|---|---|
| USA | Sophia Suarez |
|  | Matthew Galeotti |

**CASE MANAGER: William Villanueva**

**COURT REPORTER**: Michele Lucchese

**INTERPRETERS**: Nancy Wu and Way Moy        **LANGUAGE:** Mandarin


X    *Defendants arraigned on the superseding indictment. Waives reading. Defendants plead not guilty.

X    Defendant Carlos Curry to be brought before the magistrate judge to be arraigned on the superseding indictment.

X    Newly indicted defendants, Yichu Chen, Yuan Yuan Chen and Johnnie Kim previously arraigned before the magistrate judge.

- X     Due to newly appointed counsel, defendant Rong Rong Xu will need additional time to review the superseding indictment. Speedy arraignment waived.

- X     Due to the superseding indictment filed by the government, the trial scheduled February is now scheduled for 3/25/2024, second trial scheduled for 5/20/2024.

- X     **Substantive/Pre-Trial Motion Schedule:** Defense by 11/22/2023, Government response by 12/13/2023, Defense reply by 12/20/2023.

- X     **Motions In Limine**: Motions by both side to be filed by 1/26/2024, oppositions by 2/14/2024 and replies by 2/23/2024.

- X     Trial dates: First trial scheduled for 3/25/2024. Second trial scheduled for 5/20/2024.

- X     If there's a change to any attorney's schedule, they will notify the Court and the Government if they become available for the March trial.

- X     If parties require additional time beyond the November motion schedule, they will file a request on ECF.

- X     Defendant YICHU CHEN'S application for additional time to secure an additional suretor is granted. Defendant has until 10/3/2023.

- X     Status Conference and Possible Argument scheduled for **1/12/2024 @ 2:30 PM.**

- X     Time excluded as to **ALL** defendants to next status conference for motions, plea discussions as to some defendants and reasons stated on the record. Defendant Rong Rong Xu does not consent to the exclusion of time.