

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MRG/KCB/SMS/GN　　　　　　　　　　　　　　*271 Cadman Plaza East*
F. #2021R00498　　　　　　　　　　　　　　　*Brooklyn, New York 11201*

October 28, 2023

By E-Mail and ECF

Donald Duboulay, Esq., *Attorney for Rong Rong Xu*
Althea Seaborn, Esq., *Attorney for Rong Rong Xu*
Cesar de Castro, Esq., *Attorney for Siyang Chen*
Jeff Chabrowe, Esq., *Attorney for Siyu Chen*
Sarah Sacks, Esq., *Attorney for Yichu Chen*
Bennett Epstein, Esq., *Attorney for Yichu Chen*
Lina Li, Esq., *Attorney for Yuan Yuan Chen*
Angelo MacDonald, Esq., *Attorney for Yuan Yuan Chen*
Marissa Sherman, Esq., *Attorney for Carlos Cury*
Michael Weil, Esq., *Attorney for Carlos Cury*
Justin Heiferman, Esq., *Attorney for Bo Jiang*
Lawrence Fredella, Esq., *Attorney for Bo Jiang*
Jin Lee, Esq., *Attorney for Johnnie Kim*
Robert J. Adinolfi, Esq., *Attorney for Meizhen Song*
Stephen Mullkoff, Esq., *Attorney for Jilong Yu*

　　　　　　　　　Re:　United States v. Xu, et al.
　　　　　　　　　　　Criminal Docket No. 22-158 (S-1) (ENV)

Dear Counsel:

　　　　Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery in the above-captioned case. This production supplements the previous productions provided under cover of letters dated April 18, 2022 (as to certain individual defendants), May 20, 2022 (as to all defendants), June 15, 2022 (as to certain individual defendants), July 11, 2022 (as to all defendants), November 9, 2022 (as to all defendants), January 23, 2023 (as to all defendants), January 25, 2023 (as to certain individual defendants), April 19, 2023 (as to all defendants), and September 27, 2023 (as to certain individual defendants), and October 4, 2023 (as to all defendants).[1]

---

[1] In the government's discovery cover letter dated October 4, 2023, the government inadvertently described CHEN-ET-AL-058158 as "Inventory of items recovered during search warrant execution at 1305 Greenville Avenue Unit #375, Richardson, Texas 75081." The

Please contact DupeCoop at dupecoop@mac.com and reference the above-captioned case to obtain a copy of the discovery. The government renews its request for reciprocal discovery from each defendant.

Enclosed please find the following:

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| CHEN-ET-AL-058708 | A forensic extraction of a phone with FBI Identification Number 1B201, believed to be used by Yuan Yuan Chen | Sensitive Discovery Material |
| CHEN-ET-AL-058709 | A forensic extraction of a phone with FBI Identification Number 1B207, believed to be used by Yichu Chen | Sensitive Discovery Material |
| CHEN-ET-AL-058710 | Responsive records of a phone with FBI Identification Number 1B149, believed to be used by Jiaxing Li | Sensitive Discovery Material |
| CHEN-ET-AL-058711 – CHEN-ET-AL-058763 | Records from JPMorgan Chase for an account believed to belong to Yichu Chen* | |
| CHEN-ET-AL-058764 - CHEN-ET-AL-058765 | Two recordings of a WeChat message thread containing messages believed to be exchanged between Bo Jiang and another individual[2] | Sensitive Discovery Material |

---

material is "Inventory of items recovered during search warrant execution at **1705** Greenville Avenue Unit #375, Richardson, Texas 75081."

[2] Screenshots of these messages were previously produced at CHEN-ET-AL-045272 – CHEN-ET-AL-045277.

In addition, in the government's discovery letter dated October 4, 2023, the government identified CHEN-ET-AL-045282 as "A recording of a WeChat message thread containing messages believed to be exchanged between Bo Jiang and another individual." The previously produced recording stamped CHEN-ET-AL-045282 is a recording of a WeChat message thread containing messages believed to be exchanged between **Rong Rong Xu** and another individual. The newly produced recordings stamped CHEN-ET-AL-058764 – CHEN-ET-AL-058765 are recordings of a WeChat message thread containing messages believed to be exchanged between Bo Jiang and another individual.

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| CHEN-ET-AL-058766 | A screenshot of text messages believed to be exchanged between Rong Rong Xu and another individual | Sensitive Discovery Material |
| CHEN-ET-AL-058767 – CHEN-ET-AL-058858 | Records from Discover Financial Services* for account holder "Yi Yang" | |
| CHEN-ET-AL-058859 – CHEN-ET-AL-062001 | Records for phone number ending in -1208* | |
| CHEN-ET-AL-062002 - CHEN-ET-AL-062091 | Records for phone number ending in -1840, believed to be used by Johnnie Kim* | |
| CHEN-ET-AL-062092 – CHEN-ET-AL-062094 | Records related to IP address 108.29.32.168 registered to Raymond Yan* | |
| CHEN-ET-AL-062095 – CHEN-ET-AL-062097 | Records for phone number ending in -2657* | |
| CHEN-ET-AL-062098 – CHEN-ET-AL-062099 | Records for phone number ending in -7566*[3] | |
| CHEN-ET-AL-062104 – CHEN-ET-AL-062110[4] | Records from Southwest Airlines for Raymond Yan on or about June 10, 2020 | |
| CHEN-ET-AL-062114 – CHEN-ET-AL-062297[5] | Records from JPMorgan Chase for accounts believed to belong to Siyang Chen, Jilong Yu, Rong Rong Xu and others | |
| CHEN-ET-AL-062298 - CHEN-ET-AL-066181 | Records for phone number ending in -6299, believed to be used by Jiaxing Li* | |
| CHEN-ET-AL-066182 – CHEN-ET-LA-066185 | Records from Delta Airlines for Jane Doe #14 on or about April 8, 2021 and April 23, 2021* | Sensitive Discovery Material |

---

[3] The certification for these records is bates-stamped CHEN-ET-AL-062095.

[4] CHEN-ET-AL-062100 – CHEN-ET-AL-062103 is intentionally omitted.

[5] CHEN-ET-AL-062111 - CHEN-ET-AL-062113 is intentionally omitted.

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| CHEN-ET-LA-066186 | Responsive records from a phone with FBI Identification Number 1B201, believed to be used by Yuan Yuan Chen | Sensitive Discovery Material |

Pursuant to Federal Rules of Evidence 902(11) and 902(13), the government hereby gives notice that it intends to introduce at trial documents pursuant to Federal Rules of Evidence 803(6), 902(11) and 902(13). The records the government intends to introduce under these rules are marked with an asterisk, and the certifications for such records are enclosed with the records. For records produced previously, the government will identify which records it intends to introduce under Federal Rules of Evidence 902(11) and (13) and the appropriate certification.

If you have any questions regarding discovery or would like to discuss a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/
Matthew R. Galeotti
Kayla Bensing
Sophia M. Suarez
Genny Ngai
Assistant U.S. Attorneys
(718) 254-6340/6279/7484/6393

Enclosures
cc:   Clerk of the Court (ENV) (by ECF) (without enclosures)
      Counsel for the Defendants (by Email and ECF)