U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MRG/KCB/SMS/GN
F. #2021R00498

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 1, 2023

By ECF

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Xu, et al
              Docket No. 22-CR-158 (S-1) (ENV)

Dear Judge Vitaliano:

      The government respectfully submits this letter on behalf of all parties in the above-captioned matter to request that the status conference and oral argument scheduled for January 12, 2023 be adjourned until February 16, 2023, or at a date convenient to the Court, should the Court grant the parties' November 30, 2023 request for an extension of the pre-trial briefing schedule.

      Consistent with the Court's prior ruling on the exclusion of time through the date of oral argument on pre-trial motions, the government moves to exclude time through February 16, 2023 in the interest of justice.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

By:      /s/
      Matthew R. Galeotti
      Kayla C. Bensing
      Sophia M. Suarez
      Genny Ngai
      Assistant U.S. Attorneys
      (718) 254-7000

cc: Clerk of Court (by ECF)
    Counsel of Record (by ECF)