U.S. Department of Justice

United States Attorney
Eastern District of New York

SMS/MRG/GN
F. #2021R00498

271 Cadman Plaza East
Brooklyn, New York 11201

January 22, 2024

By ECF

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Xu, et al
           Docket No. 22-CR-158 (S-1) (ENV)

Dear Judge Vitaliano:

      The government respectfully submits this letter on behalf of the parties in the above-captioned matter to provide the Court with an update on the status of the case and to propose a revised scheduling order. The government understands that the defense group does not object to the requests set forth herein.

      Since the last status conference, one defendant, Carlos Cury, has plead guilty and two more defendants, Siyu Chen and Meizhen Song, are in the process of scheduling guilty plea hearings. In addition, the government is in active plea negotiations with four other defendants.

      In light of these developments, the parties request a trial on May 20, 2024, and respectfully submit that the March 25, 2024 trial date is no longer necessary. At this time, the government does not expect more than five defendants to proceed to trial in this case, in light of the status of plea negotiations; however, if more than five defendants ultimately intend to proceed to trial, the parties will ask the Court to set a second trial date to follow the May 20, 2024 trial date.

      Should the Court grant this request, the parties further request that the Court so-order the following pre-trial schedule.

| Date | Item |
|---|---|
| March 8, 2024 | Government expert notice due |
| March 22, 2024 | Simultaneous motions in limine, to include government disclosure of Giglio information, due |
| April 12, 2024 | Government non-sensitive 3500 material and trial exhibits due |
| April 19, 2024 | Responses to motions in limine due |

| May 10, 2024 | Government sensitive 3500 material due |
| May 20, 2024 | Jury selection to begin |

In addition, the parties respectfully request a final pre-trial conference the week of April 29, 2024, at the Court's convenience.

Finally, the parties request that the above dates and deadlines supersede any prior pre-trial deadlines, with the exception of the February 16, 2024 status conference and oral argument on the pre-trial motions filed on December 29, 2023.

Respectfully submitted,

BREON PEACE
United States Attorney

By: _____/s/_____
Sophia M. Suarez
Matthew R. Galeotti
Genny Ngai
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (by ECF)
    Counsel of Record (by ECF)