

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MRG/SMS/SP | *271 Cadman Plaza East* |
| F. #2021R00498 | *Brooklyn, New York 11201* |

May 15, 2024

<u>By E-Mail and ECF</u>

Donald Duboulay, Esq., *Attorney for Rong Rong Xu*
Philip Hamilton, Esq., *Attorney for Siyang Chen*
Carla Sanderson, Esq., *Attorney for Bo Jiang*
Jin Lee, Esq., *Attorney for Johnnie Kim*
Sarah Sacks, Esq., *Attorney for Yichu Chen*
Bennet Epstein, Esq., *Attorney for Yichu Chen*

    Re: <u>United States v. Xu, et al.</u>
       <u>Criminal Docket No. 22-158 (S-1) (ENV)</u>

Dear Counsel:

   The government writes to provide defense counsel with certain prior statements made by witnesses that may be called to testify at trial in the above-captioned matter. This production constitutes material within the scope of Title 18, United States Code, Section 3500, which is not otherwise required to be disclosed until October 7, 2024, at the earliest, pursuant to the Court's pre-trial scheduling order entered April 11, 2024. In addition, this production does <u>not</u> represent all prior statements made by every witness that may testify at trial. Rather, it is an early production of certain witness statements that the government is disclosing well in advance of trial as a courtesy to defense counsel and to aid in trial preparation.

   The enclosed material constitutes "Attorney's Eyes Only" as that term is defined in the protective order entered in this case. The government will remove such designations closer to trial and consistent with the scheduling order.

   Please contact DupeCoop at dupecoop@mac.com and reference the above-captioned case to obtain a copy of the material referenced herein.

   Enclosed please find the following:

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| **3500 Materials related to January 8, 2020 Assault in Beaverton, Oregon (Jane Doe #2)[1]** | | |
| XU-000001-XU-000011[2] | FBI 302 regarding victim interview on October 20, 2021 | AEO |
| XU-000012-XU-000023 | FBI notes regarding victim interview on October 20, 2021 | AEO |
| XU-000024-XU-000047 | FBI notes regarding victim interview on October 20, 2021 | AEO |
| XU-000048-XU-000056 | Images provided by victim **during interview on October 20, 2021** | AEO |
| XU-000057-XU-000087 | Photobook shown to victim **during interview on October 20, 2021** | AEO |
| XU-000088-XU-000118 | Beaverton Police Department Reports | AEO |
| XU-000119-XU-000137 | FBI 302 regarding incident response and victim interviews on January 9, 2020, December 4, 2020 and December 10, 2020[3] | AEO |
| **XU-002768-XU-002792** | **Text messages exchanged by victim and FBI** | **AEO** |
| **XU-002793-XU-002853** | **Medical records from Providence St. Vincent's Medical Center** | **AEO** |

---

[1] This index includes all 3500 material produced on February 29, 2024 and May 15, 2024. Items in bold have been corrected or added since the February 29, 2024 production.

[2] Each copy of these materials issued to each defendant is stamped with Bates prefixes specific to that defendant. For example, defendant Xu's set is marked "XU-" and defendant Siyang Chen's set is marked "SYCHEN-". All defendants will receive the same set of materials attached herewith.

[3] This FBI 302 includes information regarding other assaults, including, for example, the assaults on July 5, 2020, November 5, 2020 and November 25, 2020.

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| **XU-007517** | **Washington County Grand Jury testimony[4]** | **AEO** |
| **XU-007519** | **FBI notes regarding victim interview on April 1, 2024** | **AEO** |
| **3500 Materials related to March 20, 2020 Assault in Overland Park, Kansas (Jane Doe #3)** | | |
| XU-000138-XU-000149 | FBI 302 regarding victim interview on October 21, 2021 | AEO |
| XU-000150-XU-000158 | FBI notes regarding victim interview on October 21, 2021 | AEO |
| XU-000159-XU-000180 | FBI notes regarding victim interview on October 21, 2021 | AEO |
| XU-000181-XU-000201 | Images provided by victim **during interview on October 21, 2021** | AEO |
| XU-000202-XU-000232 | Photobook shown to victim **during interview on October 21, 2021** | AEO |
| XU-000233 | Cover file regarding video file of victim's message exchange with bosses | AEO |
| **XU-000234** | **Audio recording of interview of victim on March 22, 2020** | **AEO** |
| XU-000235-XU-000246 | Overland Park Police Department Reports | AEO |
| XU-000247 | Handwritten letter found in victim's hotel room | AEO |
| **XU-002854-XU-002960** | **Text messages exchanged by victim and FBI** | **AEO** |
| **XU-002961-XU-002963** | **Videos of messages provided by victim during interview on October 21, 2021** | **AEO** |

---

[4] The instructions for listening to the audio recordings are included in the zip file.

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| **3500 Materials related to July 5, 2020 Assault in Beaverton, Oregon (Jane Doe #12)** | | |
| XU-000248-XU-000274 | Beaverton Police Department Reports | AEO |
| **XU-002964-XU-003021** | **Medical records from Providence St. Vincent Medical Center** | **AEO** |
| **XU-003022-XU-003023** | **Body worn camera footage** | **AEO** |
| **3500 Materials related to September 15, 2020 Assault in Centreville, Virginia (Jane Doe #13)** | | |
| XU-000275 | FBI notes regarding victim interview on August 16, 2022 | AEO |
| XU-000276-XU-000277 | FBI 302 regarding victim interview on August 16, 2022 | AEO |
| XU-000278-XU-000285 | Fairfax County Police Department Reports | AEO |
| **3500 Materials related to October 9, 2020 Assault in Omaha, Nebraska (Jane Doe #4)** | | |
| XU-000286-XU-000297 | FBI notes regarding victim interview on November 19, 2021 | AEO |
| XU-000298-XU-000328 | Photobook shown to victim | AEO |
| XU-000329-XU-000339 | FBI 302 regarding victim interview on November 19, 2021 | AEO |
| XU-000340-XU-000392 | Omaha Police Department Reports | AEO |
| **XU-003024** | **Audio recording of victim interview on January 11, 2021** | **AEO** |
| **XU-003025- XU-003026** | **Body worn camera footage** | **AEO** |
| **XU-003027-XU-003036** | **Text messages exchanged by victim and Officer Alan Reyes** | **AEO** |
| **XU-003037-XU-003068** | **Medical records from Creighton University Medical Center** | **AEO** |

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| XU-003069-XU-003088 | Text messages exchanged by victim and FBI | AEO |
| **3500 Materials related to October 26, 2020 Assault in Omaha, Nebraska (Jane Doe #11)** | | |
| XU-003089-XU-003093 | FBI 302 regarding victim interview on June 23, 2022 | AEO |
| XU-003094-XU-003099 | FBI notes regarding victim interview on June 23, 2022 | AEO |
| XU-003100-XU-003110 | FBI 302 regarding victim interview on January 13, 2023 | AEO |
| XU-003111-XU-003133 | FBI notes regarding victim interview on January 13, 2023 | AEO |
| XU-003134-XU-003151 | Photos shown to witness during interview on January 13, 2023 | AEO |
| XU-003152-XU-003215 | Text messages exchanged by victim and FBI | AEO |
| XU-003216-XU-003229 | Photos of content on phone provided by victim during interview on January 13, 2023 | AEO |
| XU-003230- XU-003233 | Videos of messages provided by victim during interview on January 13, 2023 | AEO |
| **3500 Materials related to November 5, 2020 Assault at 9520 NE Sandy Blvd, Portland, Oregon (Jane Doe #5)** | | |
| XU-000393-XU-000419 | Portland Police Bureau Reports | AEO |
| XU-000420-XU-000431 | FBI notes regarding victim interview on December 1, 2021 | AEO |
| XU-000432-XU-000444 | Images provided by victim **during interview on December 1, 2021** | AEO |
| XU-000445-XU-000456 | FBI 302 regarding victim interview on December 1, 2021 | AEO |

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| XU-003234-XU-003271 | **Photos shown to victim during December 1, 2021 interview** | **AEO** |
| XU-003272-XU-003274 | **United States Marshals Service Field Report** | **AEO** |
| XU-003275-XU-003286 | **Text messages and Google translation of messages exchanged by victim and another individual** | **AEO** |
| XU-003287-XU-003349 | **Medical records from Legacy Emanuel Medical Center** | **AEO** |
| XU-003350 | **Multnomah County Grand Jury testimony** | **AEO** |
| XU-003351-XU-003386 | **Transcript of Multnomah County Grand Jury testimony** | **AEO** |
| XU-003387 | **Text messages exchanged by victim and FBI** | **AEO** |
| XU-003388 | **Videos sent by victim to FBI** | **AEO** |
| **3500 Materials related to November 5, 2020 Assault at 9727 NE Sandy Blvd, Portland, Oregon (Jane Doe #6)** | | |
| XU-000457-XU-000478 | Portland Police Bureau Reports | AEO |
| XU-000479-XU-000489 | FBI notes regarding victim interview on November 30, 2021 | AEO |
| XU-000490-XU-000501 | Images provided by victim **during interview on November 30, 2021** | AEO |
| XU-000502-XU-000533 | Photobook shown to victim **during interview on November 30, 2021** | AEO |
| XU-000534-XU-000546[5] | FBI 302 regarding victim interview on November 30, 2021 | AEO |

---

[5] XU-000547- XU-001365 are intentionally skipped.

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| XU-003389-XU-004676 | **Medical records from Legacy Emanuel Medical Center** | **AEO** |
| XU-004677-XU-005556 | **Medical records from Avamere Rehabilitation of Clackamas** | **AEO** |
| XU-005557 | **Multnomah County Grand Jury testimony** | **AEO** |
| XU-005558-XU-005570 | **Transcript of Multnomah County Grand Jury testimony** | **AEO** |
| XU-005571-XU-005582 | **Text messages exchanged by victim and FBI** | **AEO** |
| **3500 Materials related to November 16, 2020 Assault in Overland Park, Kansas (Jane Doe #7)** | | |
| XU-001366-XU-001370 | FBI notes regarding victim interview January 6, 2022 | AEO |
| XU-001371-XU-001374 | **Photographs taken during interview on January 6, 2022** | **AEO** |
| XU-001375-XU-001409 | Photobook shown to victim **during interview on January 6, 2022** | AEO |
| XU-001410-XU-001418 | FBI 302 regarding victim interview on January 6, 2022 | AEO |
| XU-001419-XU-001447 | Overland Park Police Department Reports | AEO |
| XU-001448 | **Audio recording of victim interview on November 16, 2020** | **AEO** |
| XU-005583 | **Body worn camera footage** | **AEO** |
| XU-005584-XU-005794 | **Medical records from Overland Park Regional Medical Center** | **AEO** |
| **3500 Materials related to November 24, 2020 Assault in Southfield, Michigan (Jane Doe #8)** | | |
| XU-001449-XU-001490 | Southfield Police Department Reports | AEO |

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| XU-001491-XU-001492 | FBI notes regarding victim interview on December 6, 2021 | AEO |
| XU-001493-XU-001494 | FBI 302 regarding victim interview on December 6, 2021 | AEO |
| XU-001495-XU-001496 | Body-worn camera video recordings of victim interview on November 25, 2020 | AEO |
| **XU-005795-XU-005800** | **Body worn camera footage** | **AEO** |
| **XU-005801-XU-006309** | **Medical records from Ascension Providence Hospital** | **AEO** |
| **3500 Materials related to November 25, 2020 Assault in Beaverton, Oregon (Jane Doe #1)** | | |
| XU-001497-XU-001517 | Beaverton Police Department Reports | AEO |
| XU-001518-XU-001529 | FBI 302 regarding victim interview on December 3, 2021 | AEO |
| XU-001530-XU-001536 | FBI notes regarding victim interview on December 3, 2021 | AEO |
| **XU-001537** | **Zip file containing WeChat messages and audio message shown to victim during interview on December 3, 2021** | **AEO** |
| XU-001538-XU-001575 | Photobook shown to victim **during interview on December 3, 2021** | AEO |
| XU-001576 | Cover report relating to video attachment at XU-001537 | AEO |
| XU-001577-XU-001585 | Images provided by victim **during interview on December 3, 2021** | AEO |
| **XU-006310-XU-006312** | **Body worn camera footage** | **AEO** |
| **XU-006313-XU-007025** | **Medical records from Oregon Health and Science University Hospital** | **AEO** |
| **XU-007026-XU-007036** | **Text messages exchanged by victim and FBI** | **AEO** |

8

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| **XU-007518** | **Washington County Grand Jury testimony** | **AEO** |
| **3500 Materials related to December 6, 2020 Assault in Southfield, Michigan (Jane Doe #9)** | | |
| XU-001589-XU-001659 | Southfield Police Department Reports | AEO |
| XU-001660-XU-001662 | FBI 302 regarding victim interview on December 7, 2020 | AEO |
| XU-001663-XU-001666 | FBI notes regarding victim interview on December 7, 2020 | AEO |
| XU-001667-XU-001668 | FBI 302 regarding victim interview on December 7, 2020 | AEO |
| XU-001669-XU-001674 | Photographs provided by victim during the December 7, 2020 interview | AEO |
| XU-001675-XU-001680 | FBI notes regarding victim interview on December 7, 2020 | AEO |
| XU-001681-XU-001685 | FBI 302 regarding victim interview on January 12, 2021 | AEO |
| XU-001686 | Cover file regarding interview notes and audio recording of interview of victim on January 12, 2021 | AEO |
| **XU-007507-XU-007508** | **Audio recording of victim interview on January 12, 2021** | **AEO** |
| **XU-007509-XU-007516** | **FBI notes regarding victim interview on January 12, 2021** | **AEO** |
| XU-001687-XU-001709 | FBI notes regarding victim interview on November 8, 2021 | AEO |
| XU-001710-XU-001740 | Photobook shown to victim **during interview on November 8, 2021** | AEO |
| XU-001741-XU-001752 | FBI 302 regarding victim interview on November 8, 2021 | AEO |

9

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| XU-007037 | Body worn camera footage | AEO |
| XU-007038-XU-007122 | Medical records from Ascension Providence Hospital | AEO |
| XU-007123-XU-007145 | Text messages exchanged by victim and FBI | AEO |
| **3500 Materials related to April 22, 2021 assault in Overland Park, Kansas (Jane Doe #14)** | | |
| XU-007146-XU-007146 | FBI 302 regarding victim interview on July 25, 2022 | AEO |
| XU-007147-XU-007153 | FBI 302 regarding victim interview on August 4, 2022 | AEO |
| XU-007154-XU-007181 | Photos shown to victim during interview on August 4, 2022 | AEO |
| XU-007188-XU-007192 | FBI notes regarding victim interview on August 4, 2022 | AEO |
| XU-007182-XU-007187 | Photos provided by victim during interview on August 4, 2022 | AEO |
| XU-007193-XU-007200 | Text messages exchanged by victim and FBI | AEO |
| **3500 Materials related to May 4, 2021 assault in Manchester, New Hampshire (Jane Doe #15)** | | |
| XU-007201-XU-007217 | Manchester NH Police Department reports | AEO |
| XU-007218 | Body worn camera footage | AEO |
| XU-007219-XU-007244 | Medical records from Weimin Medical PC | AEO |
| XU-007245-XU-007250 | FBI 302 regarding victim interview on July 25, 2022 | AEO |
| XU-007251-XU-007278 | Photobook shown to witness during interview on July 25, 2022 | AEO |

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| XU-007290-XU-007296 | FBI notes regarding victim interview on July 25, 2022 | AEO |
| XU-007279-XU-007289 | Photos provided by victim during interview on July 25, 2022 | AEO |
| XU-007297-XU-007297 | FBI 302 regarding text messages sent by victim to FBI | AEO |
| XU-007298-XU-007298 | Text messages sent by victim to FBI | AEO |
| XU-007299-XU-007317 | Text messages exchanged by victim and FBI | AEO |
| **3500 Materials related to May 25, 2021 assault in Overland Park, Kansas (Jane Doe #10)** | | |
| XU-007318-XU-007332 | Overland Park Police Department reports | AEO |
| XU-007333-XU-007334 | Body worn camera footage | AEO |
| XU-007335-XU-007336 | Audio recording of victim interview on May 25, 2021 | AEO |
| XU-007337-XU-007337 | Text messages exchanged by victim and Task Force Officer Derrick Wilczek | AEO |
| XU-007338-XU-007351 | FBI 302 regarding victim interview on June 4, 2021 | AEO |
| XU-007352-XU-007353; XU-007384-XU-007387 | Photos shown to witness during interview on June 4, 2021 | AEO |
| XU-007354-XU-007381 | FBI notes regarding victim interview on June 4, 2021 | AEO |
| XU-007382-XU-007383 | Photos provided by victim | AEO |
| XU-007388-XU-007399 | FBI 302 regarding victim interview on November 17, 2021 | AEO |
| XU-007400-XU-007430 | Photobook shown to victim during interview on November 17, 2021 | AEO |

| Bates Range | Description | Protective Order Designation |
|---|---|---|
| XU-007431-XU-007440 | FBI notes regarding victim interview on November 17, 2021 | AEO |
| XU-007441-XU-007448[6] | Photos provided by victim during interview on November 17, 2021 | AEO |
| XU-007451-XU-007452 | Device search consent form signed by victim | AEO |
| XU-007453-XU-007490 | Text messages exchanged by victim and FBI | AEO |
| **3500 Materials related to July 25, 2021 assault in Overland Park, Kansas (Jane Doe #16)** | | |
| XU-007491-XU-007492 | FBI 302 regarding victim interview on August 26, 2022 | AEO |
| XU-007493-XU-007493 | FBI notes regarding victim interview on August 26, 2022 | AEO |
| XU-007494-XU-007496 | Attachments to FBI 302 regarding victim interview on August 26, 2022 | AEO |
| **3500 Materials related to September 1, 2021 assault in Overland Park, Kansas (Jane Doe #17)** | | |
| XU-007497-XU-007497 | 911 call report | AEO |
| XU-007498- XU-007499 | Body worn camera footage | AEO |
| XU-007500-XU-007506 | Overland Park Police Department reports | AEO |

In addition, XU-001588 is an FBI 302 regarding various consents provided by assault victims.

---

[6] XU-007441-XU-007448 is intentionally omitted.

If you have any questions regarding this material or would like to discuss a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By:     /s/
Matthew R. Galeotti
Sophia M. Suarez
Stephanie Pak
Assistant U.S. Attorneys
(718) 254-6340/7484/6064

Enclosures
cc:    Clerk of the Court (ENV) (by ECF) (without enclosures)
       Counsel for the Defendants (by Email and ECF)