

48 Wall Street, Suite 1100
New York, NY 10005

Tel: 212-729-0952
www.HCLLPLaw.com

**Ethan Van Buren**
Associate Attorney
vanburen@HCLLPLaw.com

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>**Re: United States v. Siyang Chen 22-CR-158-ENV**</u>

May 20, 2024

Dear Judge Vitaliano:

    I am counsel to Defendant Siyang Chen in the above captioned matter, currently scheduled for a status conference on May 22, 2024. Please accept this letter motion to waive Mr. Chen's appearance at that status conference.

    Mr. Chen has informed me that he is suffering from severe seasonal allergies which result in frequent asthma attacks. He believes that going outside and travelling to Court will exacerbate these symptoms, and thus wishes to waive his appearance at the upcoming conference so that he can stay inside. Counsel will appear on his behalf for the conference. I have spoken to counsel for the Government, and they do not take a position with regard to this request.

    Thank you for your time and attention to this matter, I am available should your Honor have any questions.

                                                      Respectfully submitted,

                                                      *Ethan Van Buren*
                                                      _____
                                                      Ethan Van Buren, Esq.

Cc: All counsel of record via ECF