BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 10/22/2024

CRIMINAL CAUSE FOR GUITY PLEA

**DOCKET# 1:22-cr-00158-ENV-1**          **Defendants # 1**

Defendant | COUNSEL
--- | ---
Siyang Chen | Phillip Hamilton
 | Ethan Van Buren

AUSA: Matthew Galeotti, Sophia Suarez and Stephanie Pak

Interpreter:

COURT REPORTER: Victoria Torres-Butler

Courtroom Deputy: William Villanueva

X    CASE CALLED FOR PLEADING

X    DEFENDANTS SWORN

X    DEFENDANTS ENTER A PLEA OF GUILTY TO COUNT 8 OF THE SUPERSEDING INDICTMENT (COUNT 3 OF THE TRIAL INDICTMENT)

X    COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 8 OF THE SUPERSEDING   INDICTMENT (COUNT 3 OF THE TRIAL INDICTMENT)

Time in Court: 35 minutes