DOCKET NUMBER: 22cr158 (ENV)          Date: 10/22/2024

USA v. Chen, et al

## CRIMINAL CAUSE FOR TRIAL- DAY 1

Date Received By Docket Clerk: 10/23/2024      Docket Clerk Initials: DMP

BEFORE JUDGE: ERIC N. VITALIANO      TIME IN COURT: 5 hours

| DEFENDANT | ATTORNEY |
|---|---|
| Siyang Chen | Phillup Hamilton |
| | Ethan Van Buren |
| Yichu Chen | Sarah Sacks |
| | Bennet Epstein |

A.U.S.A.: Matthew Galeotti, Sophia Suarez and Stephanie Pak

CASE MANAGER: William Villanueva

COURT REPORTER: Victoria Torres-Butler

MANDARAIN INTERPRETERS: Tuo Huang and Way Moy

- Jury Sworn.
- Jury instructed.
- Open statements by government and defense.
- Government calls 1st witness. Exhibits entered/