DOCKET NUMBER: 22cr158 (ENV)                    Date: 10/23/2024

USA v. Chen, et al

CRIMINAL CAUSE FOR <u>TRIAL- DAY 2</u>


Date Received By Docket Clerk: <u>  10/24/2024  </u>     Docket Clerk Initials:<u>   DMP   </u>


BEFORE JUDGE: ERIC N. VITALIANO          TIME IN COURT: 6 hours


<u>DEFENDANT</u>                                <u>ATTORNEY</u>

Siyang Chen                              Phillup Hamilton

                                         Ethan Van Buren

Yichu Chen                               Sarah Sacks

                                         Bennet Epstein


A.U.S.A.: Matthew Galeotti, Sophia Suarez and Stephanie Pak


CASE MANAGER: William Villanueva


COURT REPORTER: Victoria Torres-Butler


MANDARAIN INTERPRETERS: Tuo Huang and Shi Feng


- Witness examination continues. Exhibits entered.