DOCKET NUMBER: 22cr158 (ENV)          Date: 10/28/2024

USA v. Chen, et al

CRIMINAL CAUSE FOR TRIAL- DAY 4

Date Received By Docket Clerk: 10/29/2024     Docket Clerk Initials: DMP

BEFORE JUDGE: ERIC N. VITALIANO      TIME IN COURT: 5 hours

| DEFENDANT | ATTORNEY |
|---|---|
| Siyang Chen | Phillup Hamilton |
| | Ethan Van Buren |
| Yichu Chen | Sarah Sacks |
| | Bennet Epstein |

A.U.S.A.: Matthew Galeotti, Sophia Suarez and Stephanie Pak

CASE MANAGER: William Villanueva

COURT REPORTER: Annette Montalvo

MANDARAIN INTERPRETERS: Tuo Huang and Shi Feng

SPANISH INTERPRETER: Mercedes Avalos sworn.

- Witness called. Exhibits entered.
- Mandarin interpreters: Tuo Huang and Shi Feng