

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MRG/SMS/SP | *271 Cadman Plaza East* |
| F. #2021R00498 | *Brooklyn, New York 11201* |

November 1, 2024

By ECF

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Chen, et al.
>        Criminal Docket No. 22-158 (ENV)

Dear Judge Vitaliano:

The government respectfully submits this letter in response to the Court's order of November 1, 2024 (today) to notify the Court that it has no objection to the defendant's motion (Dkt. 389) to facilitate defendant Siyang Chen's review of discovery. The government has notified defendant Siyang Chen's counsel of the same.

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/
Matthew R. Galeotti
Sophia M. Suarez
Stephanie Pak
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (ENV) (by ECF and email)
       All Counsel of Record (by ECF and email)